**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2282

FLORDELIZA A. HAWKINS,

Plaintiff - Appellant,

v.

SUNTRUST BANK; SOUTH CAROLINA DEPARTMENT OF SOCIAL
SERVICES, SCDSS; ANDERSON COUNTY SHERIFF'S OFFICE, ACSO,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Anderson. Donald C. Coggins, Jr., District Judge. (8:18-cv-00178-DCC)

Submitted: April 4, 2019                                    Decided: April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Flordeliza A. Hawkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Flordeliza A. Hawkins appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Hawkins that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Massey v. Ojaniit*, 759 F.3d 343, 352 (4th Cir. 2014); *see Thomas v. Arn*, 474 U.S. 140, 155 (1985). Hawkins has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we grant leave to proceed in forma pauperis and affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2